FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 12, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

NAVIGATORS INSURANCE
COMPANY, a foreign corporation, and
ASCOT INSURANCE COMPANY, a
foreign corporation,

                    Plaintiff,

     v.

GUARDIAN MANUFACTURING,
INC., a foreign corporation; and DOES
1-10, inclusive,

                    Defendants.

NO:  2:24-CV-0211-TOR

ORDER ON VOLUNTARY
DISMISSAL WITH PREJUDICE

BEFORE THE COURT is the parties' Stipulation of Dismissal of Action with Prejudice (ECF No. 28).  The stipulation is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and provides that each party will bear their own costs, attorneys' fees, and expenses.  The Court has reviewed the record and files herein and is fully informed.

ORDER ON VOLUNTARY DISMISSAL WITH PREJUDICE ~ 1

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action without a court order by filing a stipulation signed by all parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. The parties' Stipulation of Dismissal of Action with Prejudice (ECF No. 28) is **GRANTED**.  Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice, each party shall bear their own costs, attorneys' fees, and expenses.

The District Court Executive is directed to enter this Order and Judgment accordingly, furnish copies to counsel, and **CLOSE** the file.

**DATED** June 12, 2026.



THOMAS O. RICE
United States District Judge

ORDER ON VOLUNTARY DISMISSAL WITH PREJUDICE ~ 2