AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 12, 2026

SEAN F. McAVOY, CLERK

| | |
|---|---|
| NAVIGATORS INSURANCE COMPANY, a foreign corporation, and ASCOT INSURANCE COMPANY, a foreign corporation, <br> *Plaintiff* <br> v. <br> GUARDIAN MANUFACTURING, INC., a foreign corporation; and DOES 1-10, inclusive, <br><br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) <br><br> Civil Action No.   2:24-CV-0211-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ _____ .

☑   other:   The parties' Stipulation of Dismissal of Action with Prejudice (ECF No. 28) is GRANTED. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is DISMISSED with prejudice, each party to bear their own costs, attorneys' fees, and expenses.

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision was reached.

☑   decided by Judge   Thomas O. Rice _____

Date:   6/12/2026 _____

CLERK OF COURT

s/Sean F. McAvoy
_____
*Signature of Clerk*